## General Fire Extinguisher Co. *v.* Magee Carpet Works.

Argued Jan. 15, 1901. Appeal, No. 43, Jan. T., 1901, by defendant, from judgment of C. P. Columbia Co., May T., 1897, No. 156, on verdict for plaintiff, in case of the General Fire Extinguisher Company v. The Magee Carpet Works, Owner, and the Bloomsburg Carpet Works, Contractor. Before RICE, P. J., BEAVER, ORLADY, W. W. PORTER and W. D. PORTER, JJ. Affirmed.

*G. M. Tustin* and *C. H. Welles,* of *Welles & Torrey,* for appellant.

*Grant Herring,* with him *W. H. Rhawn,* for appellee.

OPINION BY ORLADY, J., July 25, 1901 :

The Supreme Court has recently affirmed a judgment recovered against this appellant in a case tried before the same jury, and in which the question involved and assignments of error are identical with the ones presented by this record.

We are bound by that decision and this judgment is affirmed.